**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Markeyes D. Anderson                          CHAPTER 13

Debtor(s)

BKY. NO. 22-11238 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

Respectfully submitted,

/s/Rebecca Solarz

Rebecca Solarz
25 May 2022, 10:28:56, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: b66a5439cd3e1d52dfa9cd1f0ae226a95d1e038a6e92d5eb7d9d868ca4d2190d