

5:28

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 29.91 | $977.58 | $5,399.54 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $521.50 |
| PERSN'LDAY | 0 | 19.6 | $638.84 | $1,264.65 |
| SICK TIME | 0 | 0 | $0.00 | $931.20 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |

SOUTHEASTERN PA TRANSP AUTH   MARKEYES ANDERSON
AA22
13921

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $216.55 | $860.64 |
| FICA/MED | $121.17 | $598.28 |
| SUI TAX | $0.97 | $4.86 |
| PENNA | $49.62 | $249.18 |
| PHILA | $55.74 | $228.78 |
| HEALTH COPAY | $32.59 | $293.31 |
| HEALTHSHORTAGE | $0.00 | $2.97 |
| DUES SHORTAGE | $0.00 | $1.37 |
| UNION DUES | $15.04 | $135.36 |
| CO-PAY PENSION | $50.00 | $450.00 |
| UNION COPE | $1.00 | $7.00 |
| LIFE INSUR. | $0.00 | $2.00 |
| TWFCU SHARE | $255.00 | $1,275.00 |
| UNITED WAY | $4.50 | $31.50 |
| PRIMARY CHECK | $814.24 | $3,383.52 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,616.42 | - | $444.05 | - | $358.13 | = | $814.24 | | 129974717 | $814.24 |
| Y TO D | $1,616.42 | - | $1,941.74 | - | $2,198.51 | = | $4,381.64 | 03-12-2022 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

BANK OF

XXXXXXXXXXXXXXXX

CHECK

$814.24



| TO THE ORDER OF | AA 22 14    506<br>MARKEYES ANDERSON<br>4028 ELSON RD<br>BROOKHAVEN PA   19015 | L | 13921<br>03-18-2022 |

SOUTHEASTERN PA TRANSP AUTH   MARKEYES ANDERSON
AA22
13921

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 50.28 | $1,643.32 | $7,042.86 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $521.50 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,264.65 |
| SICK TIME | 0 | 0 | $0.00 | $931.20 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $222.47 | $1,083.11 |
| FICA/MED | $123.21 | $721.49 |
| SUI TAX | $0.99 | $5.85 |
| PENNA | $50.45 | $299.63 |
| PHILA | $56.66 | $285.44 |
| HEALTH COPAY | $32.59 | $325.90 |
| HEALTHSHORTAGE | $0.00 | $2.97 |
| DUES SHORTAGE | $0.00 | $1.37 |
| UNION DUES | $15.04 | $150.40 |
| CO-PAY PENSION | $50.00 | $500.00 |
| UNION COPE | $1.00 | $8.00 |
| LIFE INSUR. | $0.00 | $2.00 |
| TWFCU SHARE | $255.00 | $1,530.00 |
| UNITED WAY | $4.50 | $36.00 |
| PRIMARY CHECK | $831.41 | $4,214.93 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,643.32 | - | $453.78 | - | $358.13 | = | $831.41 | | 129981998 | $831.41 |
| Y TO D | $1,643.32 | - | $2,395.52 | - | $2,556.64 | = | $5,213.05 | 03-19-2022 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

BANK OF

XXXXXXXXXXXXXXXX

CHECK
$831.41

TO THE ORDER OF

AA 22 14   506           L           13921
MARKEYES ANDERSON              03-25-2022
4028 ELSON RD
BROOKHAVEN PA   19015



5:29



| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 29.91 | $977.58 | $8,020.44 |
| VAC PAY | 0 | 16 | $521.50 | $521.50 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $521.50 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,264.65 |
| SICK TIME | 0 | 0 | $0.00 | $931.20 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |

SOUTHEASTERN PA TRANSP AUTH   MARKEYES ANDERSON
AA22
13921

| TAX DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $190.74 | $1,273.85 |
| FICA/MED | $112.20 | $833.69 |
| SUI TAX | $0.90 | $6.75 |
| PENNA | $46.02 | $345.65 |
| PHILA | $51.69 | $337.13 |
| HEALTH COPAY | $32.59 | $358.49 |
| HEALTHSHORTAGE | $0.00 | $2.97 |
| DUES SHORTAGE | $0.00 | $1.37 |
| UNION DUES | $15.04 | $165.44 |
| CO-PAY PENSION | $50.00 | $550.00 |
| UNION COPE | $1.00 | $9.00 |
| LIFE INSUR. | $0.00 | $2.00 |
| TWFCU SHARE | $255.00 | $1,785.00 |
| UNITED WAY | $4.50 | $40.50 |
| PRIMARY CHECK | $739.40 | $4,954.33 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | $1,499.08 | - $401.55 | - $358.13 | = $739.40 | | 129989424 | $739.40 |
| Y TO D | $1,499.08 | - $2,797.07 | - $2,914.77 | = $5,952.45 | 03-26-2022 | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

BANK OF

XXXXXXXXXXXXXXXX

CHECK

$739.40



```
TO THE      AA 22 14     506              L           13921
ORDER       MARKEYES ANDERSON                          04-01-2022
OF          4028 ELSON RD
            BROOKHAVEN PA   19015
```

septanow.org

|  |  | SOUTHEASTERN PA TRANSP AUTH | MARKEYES ANDERSON AA22 13921 |  | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|---|---|---|---|
|  |  |  |  | FEDERAL TAX | $176.45 | $1,655.36 |
|  |  |  |  | FICA/MED | $107.22 | $1,058.07 |
|  |  |  |  | SUI TAX | $0.86 | $8.55 |
|  |  |  |  | PENNA | $44.03 | $437.70 |
| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | PHILA | $49.45 | $440.51 |
| REGULAR EARNING | 0 | 0 | $0.00 | $9,323.88 | HEALTH COPAY | $32.59 | $423.67 |
| VAC PAY | 0 | 44 | $1,434.14 | $2,216.39 | HEALTHSHORTAGE | $0.00 | $2.97 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $521.50 | DUES SHORTAGE | $0.00 | $1.37 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,264.65 | UNION DUES | $15.04 | $195.52 |
| SICK TIME | 0 | 0 | $0.00 | $931.20 | CO-PAY PENSION | $50.00 | $650.00 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 | UNION COPE | $1.00 | $11.00 |
|  |  |  |  | LIFE INSUR. | $1.00 | $4.00 |
|  |  |  |  | TWFCU SHARE | $255.00 | $2,295.00 |
|  |  |  |  | UNITED WAY | $4.50 | $49.50 |
|  |  |  |  | PRIMARY CHECK | $697.00 | $6,431.28 |

|  | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,434.14 | - | $378.01 | - | $359.13 | = | $697.00 |  | 129996778 | $697.00 |
| Y TO D | $1,434.14 | - | $3,600.19 | - | $3,633.03 | = | $7,429.40 | 04-02-2022 |  |  |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

BANK OF

XXXXXXXXXXXXXXXX

CHECK
$697.00

| TO THE ORDER OF | AA 22 14    506
MARKEYES ANDERSON
4028 ELSON RD
BROOKHAVEN PA   19015 | L | 13921
04-08-2022 |



5:29



| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 39.88 | $1,303.44 | $9,323.88 |
| VAC PAY | 0 | 8 | $260.75 | $782.25 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $521.50 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,264.65 |
| SICK TIME | 0 | 0 | $0.00 | $931.20 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |

SOUTHEASTERN PA TRANSP AUTH   MARKEYES ANDERSON
AA22
13921

| | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $205.06 | $1,478.91 |
| FICA/MED | $117.16 | $950.85 |
| SUI TAX | $0.94 | $7.69 |
| PENNA | $48.02 | $393.67 |
| PHILA | $53.93 | $391.06 |
| HEALTH COPAY | $32.59 | $391.08 |
| HEALTHSHORTAGE | $0.00 | $2.97 |
| DUES SHORTAGE | $0.00 | $1.37 |
| UNION DUES | $15.04 | $180.48 |
| CO-PAY PENSION | $50.00 | $600.00 |
| UNION COPE | $1.00 | $10.00 |
| LIFE INSUR. | $1.00 | $3.00 |
| TWFCU SHARE | $255.00 | $2,040.00 |
| UNITED WAY | $4.50 | $45.00 |
| PRIMARY CHECK | $779.95 | $5,734.28 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | $1,564.19 | - $425.11 | - $359.13 | = $779.95 | | 129996777 | $779.95 |
| Y TO D | $1,564.19 | - $3,222.18 | - $3,273.90 | = $6,732.40 | 04-02-2022 | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

BANK OF

XXXXXXXXXXXXXXXX

CHECK

$779.95

TO THE ORDER OF

AA 22 14    506
MARKEYES ANDERSON
4028 ELSON RD
BROOKHAVEN PA    19015

L

13921
04-08-2022

septanow.org

5:30 

| | | | SOUTHEASTERN PA TRANSP AUTH   MARKEYES ANDERSON  AA22  13921 | | | TAX DEDUCTIONS | YEAR TO DATE |
|---|---|---|---|---|---|---|---|
| | | | | | FEDERAL TAX | $147.70 | $1,803.06 |
| | | | | | FICA/MED | $97.22 | $1,155.29 |
| | | | | | SUI TAX | $0.78 | $9.33 |
| | | | | | PENNA | $40.02 | $477.72 |
| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE | PHILA | $44.94 | $485.45 |
| REGULAR EARNING | 0 | 39.88 | $1,303.44 | $10,627.32 | HEALTH COPAY | $32.59 | $456.26 |
| VAC PAY | 0 | 0 | $0.00 | $2,216.39 | HEALTHSHORTAGE | $0.00 | $2.97 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $521.50 | DUES SHORTAGE | $0.00 | $1.37 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,264.65 | UNION DUES | $15.04 | $210.56 |
| SICK TIME | 0 | 0 | $0.00 | $931.20 | CO-PAY PENSION | $50.00 | $700.00 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 | UNION COPE | $1.00 | $12.00 |
| | | | | | LIFE INSUR. | $0.00 | $4.00 |
| | | | | | TWFCU SHARE | $255.00 | $2,550.00 |
| | | | | | UNITED WAY | $4.50 | $54.00 |
| | | | | | PRIMARY CHECK | $614.65 | $7,045.93 |

| | EARNINGS | TAXES | DEDUCTIONS | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|
| CURR | $1,303.44 | - $330.66 | - $358.13 | = $614.65 | | 130004322 | $614.65 |
| Y TO D | $1,303.44 | - $3,930.85 | - $3,991.16 | = $8,044.05 | 04-09-2022 | | |

 SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

BANK OF

XXXXXXXXXXXXXXXX

CHECK

$614.65

TO THE
ORDER
OF

AA 22 14     506
MARKEYES ANDERSON
4028 ELSON RD
BROOKHAVEN PA   19015

L

13921
04-14-2022





| | | | | | |
|---|---|---|---|---|---|
| HOLIDAYPAY | 0 | 8 | | $782... | |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,264.65 | |
| SICK TIME | 0 | 0 | $0.00 | $931.20 | |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 | |

| | | |
|---|---|---|
| UNION DUES | $15.04 | $225.60 |
| CO-PAY PENSION | $50.00 | $750.00 |
| UNION COPE | $1.00 | $13.00 |
| LIFE INSUR. | $0.00 | $4.00 |
| TWFCU SHARE | $255.00 | $2,805.00 |
| UNITED WAY | $4.50 | $58.50 |
| PRIMARY CHECK | $905.70 | $7,951.63 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,759.83 | - | $496.00 | - | $358.13 | = | $905.70 | | 130018994 | $905.70 |
| Y TO D | $1,759.83 | - | $4,426.85 | - | $4,349.29 | = | $8,949.75 | 04-23-2022 | | |



SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

BANK OF

XXXXXXXXXXXXXXXX

CHECK

$905.70

TO THE ORDER OF

AA 22 14    506
MARKEYES ANDERSON
4028 ELSON RD
BROOKHAVEN PA    19015

L

13921
04-29-2022

5:30

SOUTHEASTERN PA TRANSP AUTH   MARKEYES ANDERSON
AA22
13921

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 29.91 | $977.58 | $12,582.48 |
| VAC PAY | 0 | 0 | $0.00 | $2,737.89 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $782.25 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,264.65 |
| SICK TIME | 0 | 0 | $0.00 | $931.20 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |

| TAX DEDUCTIONS | | YEAR TO DATE |
|---|---|---|
| FEDERAL TAX | $83.48 | $2,134.64 |
| FICA/MED | $72.29 | $1,359.71 |
| SUI TAX | $0.59 | $10.98 |
| PENNA | $30.01 | $561.76 |
| PHILA | $33.71 | $579.84 |
| HEALTH COPAY | $32.59 | $521.44 |
| HEALTHSHORTAGE | $0.00 | $2.97 |
| DUES SHORTAGE | $0.00 | $1.37 |
| UNION DUES | $15.04 | $240.64 |
| CO-PAY PENSION | $50.00 | $800.00 |
| UNION COPE | $1.00 | $14.00 |
| LIFE INSUR. | $0.00 | $4.00 |
| TWFCU SHARE | $255.00 | $3,060.00 |
| UNITED WAY | $4.50 | $63.00 |
| PRIMARY CHECK | $399.37 | $8,351.00 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $977.58 | - | $220.08 | - | $358.13 | = | $399.37 | | 130026238 | $399.37 |
| Y TO D | $977.58 | - | $4,646.93 | - | $4,707.42 | = | $9,349.12 | 04-30-2022 | | |

SEPTA
1234 Market St.
Philadelphia, PA 19107-3780

BANK OF

XXXXXXXXXXXXXXXX

CHECK

$399.37

TO THE
ORDER
OF

AA 22 14    506
MARKEYES ANDERSON
4028 ELSON RD
BROOKHAVEN PA   19015

L

13921
05-06-2022

| DESCRIPTION | RATE | HOURS | EARNINGS | YEAR TO DATE |
|---|---|---|---|---|
| REGULAR EARNING | 0 | 50.28 | $1,643.32 | $14,225.80 |
| VAC PAY | 0 | 0 | $0.00 | $2,737.89 |
| HOLIDAYPAY | 0 | 0 | $0.00 | $782.25 |
| PERSN'LDAY | 0 | 0 | $0.00 | $1,264.65 |
| SICK TIME | 0 | 0 | $0.00 | $931.20 |
| UNIFORMALLOW | 0 | 0 | $0.00 | $405.00 |

| | | |
|---|---|---|
| FEDERAL TAX | $222.47 | $2,357.11 |
| FICA/MED | $123.23 | $1,482.94 |
| SUI TAX | $0.99 | $11.97 |
| PENNA | $50.45 | $612.21 |
| PHILA | $56.66 | $636.50 |
| HEALTH COPAY | $32.59 | $554.03 |
| HEALTHSHORTAGE | $0.00 | $2.97 |
| DUES SHORTAGE | $0.00 | $1.37 |
| UNION DUES | $15.04 | $255.68 |
| CO-PAY PENSION | $50.00 | $850.00 |
| UNION COPE | $1.00 | $15.00 |
| LIFE INSUR. | $1.00 | $5.00 |
| TWFCU SHARE | $255.00 | $3,315.00 |
| UNITED WAY | $4.50 | $67.50 |
| PRIMARY CHECK | $830.39 | $9,181.39 |

| | EARNINGS | | TAXES | | DEDUCTIONS | | NET PAY | PAY PERIOD | CHECK NUMBER | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| CURR | $1,643.32 | - | $453.80 | - | $359.13 | = | $830.39 | | 130033704 | $830.39 |
| Y TO D | $1,643.32 | - | $5,100.73 | - | $5,066.55 | = | $10,179.51 | 05-07-2022 | | |



SEPTA  
1234 Market St.  
Philadelphia, PA 19107-3780

BANK OF

XXXXXXXXXXXXXXXX

CHECK

$830.39

TO THE ORDER OF

AA 22 14    506  
MARKEYES ANDERSON  
4028 ELSON RD  
BROOKHAVEN PA    19015

L

13921  
05-13-2022