United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Markeyes D Anderson  
    Debtor

Case No. 22-11238-elf  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 1
Date Rcvd: May 31, 2022 | Form ID: pdf900 | Total Noticed: 2

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Markeyes D Anderson, 3147 Agate St., Philadelphia, PA 19134-4419 |
| | | Southeastern PA Transportation Authority, attn: Payroll, 1234 Market Street, Philadelphia, PA 19107-3780 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 31, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALFONSO G. MADRID | on behalf of Debtor Markeyes D Anderson amadrid@clsphila.org |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| MARKEYES D. ANDERSON | : | CASE NO: 22-11238ELF |
| | : | |
| Debtor | : | |
| | : | |
| _____ | : | |

**ORDER TO PAY WAGES TO THE TRUSTEE**

AND NOW, upon consideration of the Debtor's Motion to Pay Trustee Through Wage Deduction, and upon representation of the Debtor, the Court finds:

The above-named Debtor has pending in this Court a case under Chapter 13 of Title 11 and, pursuant to the provisions of said statute and of the Debtor's plan, the Debtor has submitted such portion of Debtor's future earnings or income to the control of the trustee as is necessary for the execution of the plan; and

Under the provisions of 11 U.S.C. § 1325(c) and § 105 an entity may be required, upon Order of this Court, to pay over such portion of the wages, earnings or income of the Debtor as may be needed to effectuate said plan, and that such an Order is necessary and proper, now therefore,

IT IS ORDERED that, until further Order of this Court, Debtor's employer, **Southeastern PA Transportation Authority, Attn: Payroll, 1234 Market St. Philadelphia PA 19107-3780,** deduct from the earnings or income of Markeyes Anderson, the sum of **$414.46 from each weekly pay period**, and deduct a similar amount for each pay period thereafter, including any period for which the Debtor receives periodic or lump sum payment for or on account of vacation, termination

1

or other benefits arising out of present or past employment of the Debtor, and forthwith remit the sums so deducted to:

Kenneth E. West, Esquire
Chapter 13 Trustee
P.O. Box 1799
Memphis, TN 38101-1799
Case No. 22-11238

IT IS FURTHER ORDERED that all earnings, wages and income of the Debtor, except the amounts required to be withheld by the provisions of any laws of the United States, the laws of any state or political subdivision, or by any insurance, pension or union dues agreement between said entity and the Debtor, or by Order of this Court, be paid to the aforesaid Debtor in accordance with the entity's usual payroll procedure.

_____  5/31/22
Eric L. Frank
United States Bankruptcy Judge

2