UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

MARKEYES D ANDERSON    NO. 22-11238 ELF
CHAPTER 13

ENTRY OF APPEARANCE FOR TRANSIT WORKERS FEDERAL
CREDIT UNION AND REQUEST FOR NOTICES

TO THE CLERK:

Please enter our appearance for Transit Workers Federal Credit Union and provide notices as required by Bankruptcy Rule 2002 and ED PA Local Rule 3015-1(b).

DATE: June 8, 2022

GERSHMAN LAW OFFICES, PC

/s/ Howard Gershman

Howard Gershman
610 York Road, Suite 200
Jenkintown, PA 19046
Telephone: 215.886.1120
Fax: 215.886.1118
Email: howard@gershman-law.com

Service Upon:

Kenneth E West, Trustee
1234 Market Street
Suite 18-341
Philadelphia, PA 19107

Alfonso G Madrid, Esquire
Community Legal Services of Philadelphia
North Philadelphia Law Center
1410 W Erie Avenue
Philadelphia, PA 19140
    amadrid@clsphila.org