**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| MARKEYES D. ANDERSON, | ) | |
| | ) | |
| Debtor | ) | CASE NO. 22-11238-ELF |
| ~~~~~~~~~~~~~~~~~~~~~~~~ | ) | |

**PRAECIPE TO WITHDRAW CAPITAL ONE AUTO FINANCE,**
**A DIVISION OF CAPITAL ONE, N.A.'S OBJECTION TO CONFIRMATION**

TO THE CLERK:

Kindly withdraw Capital One Auto Finance, a division of Capital One, N.A.'s Objection to Confirmation in reference to the above matter, without prejudice.

Respectfully submitted,

MESTER & SCHWARTZ, P.C.

/s/ Jason Brett Schwartz
Jason Brett Schwartz, Esquire
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036