United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                      Case No. 22-11238-elf

Markeyes D Anderson                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                                        Page 1 of 3

Date Rcvd: Sep 14, 2022                       Form ID: 155                                 Total Noticed: 34

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Markeyes D Anderson, 3147 Agate St., Philadelphia, PA 19134-4419 |
| 14693936 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Rebecca Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14690694 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia, PA 19122-2898 |
| 14697293 | + | Transit Workers Federal Credit Union, C/O HOWARD GERSHMAN, Gershman Law Offices, PC, 610 York Road, Ste. 200, Jenkintown, PA 19046-2867 |
| 14696962 | + | Transit Workers Federal Credit Union, 919 E. Cayuga Street, Philadelphia, PA 19124-3817 |
| 14690697 | + | Tworkers FCU, 919 E Cayuga St, Philadelphia, PA 19124-3817 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14706446 | | Email/Text: megan.harper@phila.gov | Sep 14 2022 23:45:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14690682 | | Email/Text: megan.harper@phila.gov | Sep 14 2022 23:45:00 | City of Philadelphia Law Dept, 1401 JFK Blvd, Philadelphia, PA 19102 |
| 14690686 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 14 2022 23:43:43 | CWS/CW Nexus, Attn: Card Services, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 14690680 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 14 2022 23:54:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 14690681 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Sep 14 2022 23:43:43 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 14692059 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 14 2022 23:43:51 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14697669 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Sep 14 2022 23:43:43 | Capital One Auto Finance, a division of Capital On, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14701267 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 14 2022 23:43:51 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14690683 | + | Email/Text: megan.harper@phila.gov | Sep 14 2022 23:45:00 | City of Philadelphia Water Revenue, 1401 JFK Blvd, Philadelphia, PA 19102-1617 |
| 14690684 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 14 2022 23:45:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 14690685 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 14 2022 23:43:43 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14690687 | | Email/Text: mrdiscen@discover.com | Sep 14 2022 23:45:00 | Discover Bank, 12 Reads Way, New Castle, DE 19720 |
| 14690688 | + | Email/Text: mrdiscen@discover.com | | |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Sep 14, 2022 | Form ID: 155 | Total Noticed: 34

| Recip ID | | Notice Type / Email | Date | Name and Address |
|---|---|---|---|---|
| | | | Sep 14 2022 23:45:00 | Discover Bank, 502 E Market St., Greenwood, DE 19950-9700 |
| 14694702 | | Email/Text: mrdiscen@discover.com | | |
| | | | Sep 14 2022 23:45:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14690689 | + | Email/Text: bankruptcydepartment@tsico.com | | |
| | | | Sep 14 2022 23:45:00 | EOS CCA, Attn: Bankruptcy, P.O. Box 329, Norwell, MA 02061-0329 |
| 14695198 | + | Email/Text: gbechakas@outlook.com | | |
| | | | Sep 14 2022 23:45:00 | Intercoastal Financial Llc, 7954 Transit Rd #136, Williamsville, NY 14221-4117 |
| 14692058 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 14 2022 23:54:00 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14695090 | | Email/PDF: MerrickBKNotifications@Resurgent.com | | |
| | | | Sep 14 2022 23:43:51 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 14690690 | | Email/Text: EBN@Mohela.com | | |
| | | | Sep 14 2022 23:45:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 14690691 | + | Email/PDF: cbp@onemainfinancial.com | | |
| | | | Sep 14 2022 23:53:59 | One Main Financial Group LLC, 601 NW Second St., Evansville, IN 47708-1013 |
| 14704742 | + | Email/PDF: cbp@onemainfinancial.com | | |
| | | | Sep 14 2022 23:43:51 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14693061 | + | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | | Sep 14 2022 23:45:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14690692 | + | Email/Text: bankruptcygroup@peco-energy.com | | |
| | | | Sep 14 2022 23:45:00 | PECO Energy, Attn: Bankruptcy Dept., 2301 Market St. N3-1, Philadelphia, PA 19103-1380 |
| 14706712 | + | Email/Text: blegal@phfa.org | | |
| | | | Sep 14 2022 23:45:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 14690693 | + | Email/Text: blegal@phfa.org | | |
| | | | Sep 14 2022 23:45:00 | Pennsylvania Housing Finance Agency, 211 N Front St., Harrisburg, PA 17101-1406 |
| 14690695 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Sep 14 2022 23:54:00 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |
| 14690696 | + | Email/Text: clientservices@sourcerm.com | | |
| | | | Sep 14 2022 23:45:00 | Source Receivables Mgmt, LLC, Attn: Bankruptcy Dept, Po Box 4068, Greensboro, NC 27404-4068 |
| 14699649 | + | Email/PDF: ebn_ais@aisinfo.com | | |
| | | | Sep 14 2022 23:43:43 | Sprint Corp., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14696978 | *+ | Transit Workers Federal Credit Union, 919 E Cayuga Street, Philadelphia, PA 19124-3817 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Sep 14, 2022 | Form ID: 155 | Total Noticed: 34

Date: Sep 16, 2022          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALFONSO G. MADRID | on behalf of Debtor Markeyes D Anderson amadrid@clsphila.org |
| HOWARD GERSHMAN | on behalf of Creditor Transit Workers Federal Credit Union hg229ecf@gmail.com  229ecf@glpoc.comcastbiz.net |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 7

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Markeyes D Anderson
          Debtor(s)                               Chapter: 13

                                                        Bankruptcy No: 22−11238−elf

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

      AND NOW, this September 13, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:


      A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

      B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

      C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                               Eric L. Frank
                                             Judge ,
                                             United States Bankruptcy Court