IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| MARKEYES D. ANDERSON | : | CASE NO: 22-11238PMM |
| | : | |
| Debtor | : | |
| _____ | : | |

# ORDER

AND NOW, upon consideration of the Debtor's Motion to Modify Plan (doc. No. 43, the "Motion");

IT IS ORDERED that,

1) The Motion is GRANTED; and

2) The Modified Plan (Doc. No. 50) is approved.

*Patricia M. Mayer*

_____
Patricia M. Mayer
United States Bankruptcy Judge

Date: 6/6/24