IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| MARKEYES D. ANDERSON | : | CASE NO: 22-11238DJB |
| Debtor | : | |

# ORDER

AND NOW, upon consideration of the Debtor's Motion Pursuant to 11 U.S.C. §1329(a), to Modify Plan (the "Motion"), and after notice and hearing;

IT IS ORDERED that, pursuant to 11 U.S.C. § 1329(a), the Motion is GRANTED. The terms of the confirmed plan shall be modified to conform to the proposed Fourth Amended Plan (Doc. No. 67).

**Date: April 4, 2025**

_____
Derek J. Baker
United States Bankruptcy Judge