# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| MARKEYES D. ANDERSON | : | CASE NO: 22-11238DJB |
| Debtor | : | |

## CERTIFICATION OF NO RESPONSE TO DEBTOR'S MOTION TO MODIFY PLAN

The Debtor, through counsel, hereby avers:

1. On October 16, 2025, Debtor filed the above-captioned motion (the "Motion"). Doc. No. 75.

2. On October 16, 2025, the Motion and Notice of Motion was served as stated in the Motion.

3. Pursuant to Local Bankruptcy Rule 9014-3, any response to the Motion was due no later than November 10, 2025.

4. As of this date, no response has been filed to the Motion.

WHEREFORE, Debtor prays that the Court enter an order granting the relief requested in the Motion.

/s/ Alfonso Madrid
ALFONSO MADRID, ESQ.
Attorney for Debtor
Community Legal Services of Philadelphia
1410 W. Erie Ave.
Philadelphia PA 19140
(215) 227-4795
Amadrid@clsphila.org