## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | : | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| | : | |
| MARKEYES D. ANDERSON | : | CASE NO: 22-11238DJB |
| | : | |
| Debtor | : | |
| _____ | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

AND NOW, upon consideration of the Debtor's Motion to Modify the confirmed chapter 13 plan (doc. no. 75 , the "Motion"), and after notice and hearing;

IT IS HEREBY ORDERED that:

1) The Motion is GRANTED; and

2) The Modified Plan (doc. no. 75, Exhibit A) is APPROVED.

**Date: November 13, 2025**

_____
Derek J. Baker
United States Bankruptcy Judge